| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>*[Enter your name, address and phone number]*<br><br>Vincent R. Kramer, Jr., Esq., ID#014251974<br>17 Watchung Avenue<br>Chatham, NJ 07928<br>(973) 701-9300<br>Vkramerjr@gmail.com<br>Attorney for Landlord | Order Filed on May 29, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

In Re:

Stuart C. Heifetz

Case No.: ___18-14386___
*[Enter the case number]*

Chapter: ___7___
*[Enter the case number]*

Hearing Date: ___5/8/18___
*[Enter the hearing date]*

Judge: ___Papalia___
*[Enter the Judge's last name]*

## ORDER GRANTING MOTION FOR RELIEF FROM THE STAY

The relief set forth on the following page is **ORDERED**.

*[Leave the rest of this page blank]*

**DATED: May 29, 2018**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The Court having reviewed the movant's Motion for Relief from the Automatic Stay, and any related responses or objections, it is hereby

ORDERED that:

1. The automatic stay is vacated to permit the landlord to initiate or resume an action in the state court of New Jersey for possession of the debtor's rented premises located at:

215 Livingston Avenue, New Providence, NJ (2nd Floor apartment).

2. The landlord shall serve a copy of this order on the debtor, debtor's attorney, if any, the Office of the U. S. Trustee and any trustee appointed in this case, and any other party who entered an appearance on the motion.

3. ~~Other: *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]*~~

United States Bankruptcy Court
District of New Jersey

In re:  
Stuart C. Heifetz  
       Debtor

Case No. 18-14386-VFP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 29, 2018  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2018.  
db         +Stuart C. Heifetz,   215 Livingston Ave,   New Providence, NJ 07974-2206

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2018                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2018 at the address(es) listed below:  
        Donald V. Biase    dbiase4236@gmail.com,  
         dbiase@iq7technology.com;dbiase4236@gmail.com;pbellina@outlook.com  
        Ilissa  Churgin Hook    on behalf of Debtor Stuart C. Heifetz ihook@hookandfatovich.com,  
         fyablonsky@hookandfatovich.com  
        Jack  Chan    on behalf of Creditor   Palisades Federal Credit Union jack.chan@thechanfirm.com  
        John R. Morton, Jr.    on behalf of Creditor   American Honda Finance Corporation, administrator  
         for Honda Lease Trust ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com  
        Terri Jane Freedman    on behalf of Creditor Irene  Heifetz tjfreedman@freedmanlawllc.com,  
         mpdermatis@pbnlaw.com;rasegall@pbnlaw.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                            TOTAL: 6